# CRITCHLEY, KINUM & VAZQUEZ, LLC
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
JOHN MICHAEL VAZQUEZ

EDMUND DENOIA

(973) 422-9200

FAX: (973) 422-9700
web site: www.critchleylaw.com

October 22, 2009

*Via ECF & Fax*

Hon. Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6060
P.O. Box 886
Camden, New Jersey 08101

Re:   *U.S.A. v. John W. Manning*
      *Criminal No.: 1:09-cr-528*

Dear Judge Rodriguez:

This office represents John W. Manning in connection with the above referenced matter. This letter hereby requests a 30-day adjournment of Mr. Manning's sentencing date currently scheduled for November 4, 2009. This office is currently waiting for additional information from Mr. Manning's treating doctor and counselor that is essential for the completion of Mr. Manning's sentencing memorandum.

Assistant United States Attorney Seth B. Kosto has consented to this request.

Thank you for Your Honor's kind consideration of this request. If you have any additional questions, please do not hesitate to contact me.

Respectfully,

MICHAEL CRITCHLEY

MC/mc

cc:   Seth B. Kosto, A.U.S.A.